UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| Michael D. Bull,<br><br>    Plaintiff,<br><br>v.<br><br>Bank of America, N.A.<br><br>    Defendant. | Case No.: 4:14-cv-680-BRW |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Michael D. Bull and the Defendant, Bank of America, N.A. via their respective counsel that, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the above captioned matter is hereby dismissed against Defendant Bank of America, N.A. without prejudice and without costs or attorney's fees to any party.

Respectfully submitted this 23 day of February, 2015.

WE SO STIPULATE:

s/ J. R. Andrews
J. R. Andrews, AR Bar No. 92041
Attorney at Law
2014 Martha Drive
Little Rock, AR 72212
T:501.680.3634
jrandrewsatty@yahoo.com

ATTORNEY FOR PLAINTIFF

Judy Simmons Henry, AR Bar No. 84069
Wright, Lindsey & Jennings LLP
200 West Capitol Ave., Suite 2300
Little Rock, AR 72201
T: 501-371-0808
F: 501-376-9442
jhenry@wlj.com

ATTORNEY FOR DEFENDANT

1